IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS HAGER,

    Plaintiff,

v.

ASBESTOS CORPORATION LTD., *et al.*,

    Defendants.        Case No. 13-cv-1324-DRH

## ORDER

**HERNDON, Chief Judge:**

    The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Donald G. Wilkerson to serve as presiding judge. Therefore, all further pleadings shall contain cause number **13-cv-1324-DGW-SCW**.

    Should any party to object to this assignment, they must notify the undersigned by **January 7, 2014**. The Court further informs the parties that should any party object to Magistrate Judge Wilkerson's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Wilkerson shall preside in the interim.

    **IT IS SO ORDERED.**

    **DATED:** December 23, 2013

Digitally signed by David R. Herndon
Date: 2013.12.23 09:51:25 -06'00'

CHIEF JUDGE
U.S. DISTRICT COURT