IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA SCHWARTZ, *public administrator* of the estate of THOMAS HAGER, *deceased*, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD, et al.,<br><br>      Defendants. | Case No. 3:13-cv-1324-DGW-SCW |

**ORDER**

**WILKERSON, Magistrate Judge:**

On January 29, 2015, this Court held a status conference in which the following attorneys appeared on behalf of their respective clients: Eric D. Jackstadt, Michael R. Dauphin, Justin Andrew Welply, Benjamin J. Wilson, Bradley R. Bultman, Georgiann Oliver, Ross S. Titzer, and Sean P. Fergus.

Plaintiff's counsel indicates that since Thomas Hager died, no person has been deposed, by the deadline for Plaintiff's deposition, who would provide information of Plaintiff's employment and asbestos exposure.  Plaintiff requests and is **GRANTED** until February 19, 2015 to identify coworkers, etc., who would have knowledge related to Plaintiff's claims.  No Defendant has objected or sought an extension of any other deadline in this matter.  Plaintiff also has indicated that if he cannot find a person(s) who could provide relevant testimony, he would dismiss this lawsuit.

This matter is accordingly **SET** for a telephonic status conference on **February 19, 2015 at 3:00 p.m.**  Plaintiff to arrange the conference call.  **If a call-in number is used, Plaintiff shall file a notice in the docket of this case indicated the phone number and access number.**

Parties should be prepared to discuss the schedule in this matter if Plaintiff moves forward with this case.

**IT IS SO ORDERED.**

**DATED: February 9, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**